UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC
AUG 0 1 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> SEAN CHRISTOPHER WILLIAMS ) <br> ) <br> ) | DOCKET NO. **1:23CR** 61-MR-WCM <br><br> **BILL OF INDICTMENT** <br><br> Violations: <br> 21 U.S.C. § 841(a)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about April 29, 2023, in Jackson County, within the Western District of North Carolina and elsewhere, the defendant,

### SEAN CHRISTOPHER WILLIAMS

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine (actual) and a mixture and substance containing a detectable amount of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C).

1

## Quantity of Methamphetamine (actual)

It is further alleged that with respect to the offense charged, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, is attributable to, and was reasonably foreseeable by the defendant, **SEAN CHRISTOPHER WILLIAMS**.

Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

## Quantity of Cocaine

It is further alleged that with respect to the offense charged, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, is attributable to, and was reasonably foreseeable by the defendant, **SEAN CHRISTOPHER WILLIAMS**.

Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. Approximately $101,378.65 in US Currency seized on or about April 29, 2023, during the investigation.

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ANNABELLE CHAMBERS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

Case 1:23-cr-00061-MR-WCM   Document 1   Filed 08/01/23   Page 3 of 3