IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN CHRISTOPHER WILLIAMS | DOCKET NO. 1:23CR61<br><br>**NOTICE OF<br>EXPERT TESTIMONY** |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, hereby gives notice pursuant to Rule 16 of the Federal Rules of Criminal Procedure of its intent to introduce potential testimony pursuant to Federal Rules of Evidence 702, 703, and 705.

The United States may offer the testimony of the following witnesses:

**1.     Tiffany P. Van De Mark**

Tiffany P. Van De Mark is a Senior Forensic Chemist with the United States Department of Justice Drug Enforcement Administration (DEA), Mid-Atlantic Laboratory. The Government will seek to qualify Ms. Van De Mark as an expert witness in controlled substance examination. Ms. Van De Mark will testify about the physical, chemical, and instrumental analysis of the submitted exhibits, the results generated by those processes, and her interpretation of those results. Specifically, Ms. Van De Mark will testify about the results of the laboratory tests that she performed on a total of five exhibits (DEA Exhibits 30, 31, 32, 33, and 34) seized in relation to this case (DEA Case Number KF-23-0005). Ms. Van De Mark will explain the analysis done as well as her findings. Ms. Van De Mark will render her conclusions that:

   (a) the substance identified as Exhibit 30 was methamphetamine hydrochloride and the net weight was $109.80 \pm 0.01$ grams;

(b) the substance identified as Exhibit 31 was methamphetamine hydrochloride and the net weight was 153.71 ± 0.01 grams;

(c) the substance identified as Exhibit, 32 was methamphetamine hydrochloride and the net weight was 153.55 ± 0.01 grams;

(d) the substance identified as exhibit 33 was methamphetamine hydrochloride and the net weight was 19.56 ± 0.01 grams; and

(e) the substance identified as exhibit 34 was methamphetamine hydrochloride and the net weight was 8.12 ± 0.01 grams.

Ms. VanDeMark will explain the quantitative analysis results of Exhibits 30, 31, 32, 33 and 34, those being:

(a) the substance identified in Exhibit 30 resulted in a substance purity of 98% ± 6%;

(b) the substance identified in Exhibit 31 resulted in a substance purity of 97% ± 6%;

(c) the substance identified in Exhibit 32 resulted in a substance purity of 97% ± 6%;

(d) the substance identified in Exhibit 33 resulted in a substance purity of 98% ± 6%; and

(e) the substance identified in Exhibit 22 resulted in a substance purity of 97% ± 6%.

Tiffany Van De Mark has not authored any publications in this field in the previous ten years. She has been qualified as an expert witness in forensic chemistry, forensic drug analysis and/or analysis of controlled substances on 47 occasions. In the previous four years, Tiffany Van De Mark has testified as an expert witness in the following jurisdictions:

(a) *The State of Maryland v. Dwayne Booze*, Annapolis, Maryland (2023);

(b) *The United States v. Troy Williams, Sr.*, Middle District of Georgia (2023);

(c) *The United States v. Steven Fellmy*, Eastern District of Kentucky (2025);

(d) *The United States v. Calvin Smith, et al.*, Middle District of Georgia (2025);

(e) *The United States v. Gunter, et al.*, Western District of Kentucky (2025); and

(f) *The United States v. Shaw, et al.*, Western District of Kentucky (2025).

The Government previously disclosed Ms. Van De Mark's report. Additional reports and Ms. Van De Mark's curriculum vitae were disclosed in conjunction with this filing. These documents are hereby incorporated by reference. *See* Fed. R. Crim. 16(a)(1)(G)(iv). Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), the report(s) previously provided have been signed by the witness.

**Approval of Disclosure**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I have reviewed this disclosure and approve of its contents.

*/s/ Tiffany P. Van De Mark*
Tiffany P. Van De Mark

2. **Lora C. Lopez**

Lora C. Lopez is a Senior Forensic Chemist with the United States Department of Justice Drug Enforcement Administration, Mid-Atlantic Laboratory. The Government will seek to qualify Ms. Lopez as an expert witness in controlled substance examination. Ms. Lopez will testify about the physical, chemical, and instrumental analysis of the submitted exhibits, the results generated by those processes, and her interpretation of those results. Specifically, Ms. Lopez will testify about the results of the laboratory tests that she performed on a total of four exhibits (DEA Exhibits 35, 36, 37, and 42) seized in relation to this case (DEA Case Number KF-23-0005). Ms. Lopez will explain the analysis done as well as her findings. Ms. Lopez will render her conclusions that:

3

(a) the substance identified as Exhibit 35 was cocaine and the net weight was 206.6 ± 0.2 grams;

(b) the substance identified as Exhibit 36 was cocaine and the net weight was 1.55 ± 0.01 grams;

(c) the substance identified as Exhibit 37 was cocaine and the net weight was 42.99 ± 0.01 grams; and

(d) the substance identified as Exhibit 42 was cocaine base and the net weight was 0.57 ± 0.01 grams.

Lora Lopez has not authored any publications in this field in the previous ten years. She has been qualified as an expert witness in seized drug analysis and forensic toxicology on over 10 occasions. In the previous four years, Lora Lopez has testified as an expert witness in the following jurisdictions:

(a) *The United States v. Charles, et al.*, Eastern District of Kentucky (2022);

(b) *The United States v. Brown*, Middle District of Georgia (2022);

(c) *State of North Carolina v. Guzman*, Forsyth County, North Carolina (2022);

(d) *The United States v. Andres, Sutton*, Eastern District of Virginia (2022);

(e) *The United States v. Townes, et al.*, Western District of Kentucky (2022);

(f) *The United States v. Andre Dewayne Williamson*, Southern District of West Virginia (2023);

(g) *The United States v. Williames, et al.*, Middle District of Georgia (2023);

(h) *The United States v. Pickett*, Western District of Virginia (2024);

(i) *The United States v. Smith, et al.*, Middle District of Georgia (2025);

(j) *The United States v. Gary Brown, Jr., et al.*, North District of West Virginia (2025);

(k) *The United States v. Rodney Johnson, et al.*, North District of West Virginia (2025:

(l) *The United States v. Akeem Netron Holder Evans*, Eastern District of North Carolina (2025);

(m) *The United States v. Smith, et al.*, Middle District of Georgia (2025); and

(n) *The United States v. Antonio Shelby, Jr.*, Southern District of West Virginia (2025).

The Government previously disclosed Ms. Lopez's report. Additional reports and Ms. Lopez's curriculum vitae were disclosed in conjunction with this filing. These documents are hereby incorporated by reference. *See* Fed. R. Crim. 16(a)(1)(G)(iv). Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), the report(s) previously provided have been signed by the witness.

**Approval of Disclosure**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I have reviewed this disclosure and approve of its contents.

*/s/ Lora C. Lopez*
Lora C. Lopez

**Request for Notice Regarding Defense Experts**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States requests reciprocal discovery from the defendant of any reports of examinations and tests, pursuant to Federal Rules of Criminal Procedure 16(b)(1)(B) and of expert witness testimony the defendant intends to use at trial, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

RESPECTFULLY SUBMITTED, this 20th day of October 2025.

                                                            RUSS FERGUSON
                                                            UNITED STATES ATTORNEY

                                                           <u>/s Annabelle M. Chambers</u>
                                                           Special Assistant United States Attorney
                                                           North Carolina State Bar No. 55735
                                                           100 Otis Street, Room 233
                                                           Asheville, North Carolina 28801
                                                           Telephone: (828) 271-4661
                                                           Email: annabelle.chambers@usdoj.gov